UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON
5:14-cr-00005-KKC-REW-1

*FILED ELECTRONICALLY*

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | MOTION |
| SHERYL BRUNER | DEFENDANT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Comes attorney Barbara F. Anderson, attorney for Sheryl Bruner, and moves the Court to permit her to withdraw as attorney of record for Defendant Sheryl Bruner. In support of this motion, Anderson states Bruner has retained new counsel, namely Michael J. Khouri who entered his appearance in the instant case on January 24, 2014.

    Respectfully submitted,

    BY: /S/ BARBARA F. ANDERSON
    BARBARA F. ANDERSON
    400 Court Square Building
    269 West Main Street
    Lexington, Kentucky 40507
    Telephone: (859) 253-0085
    Facsimile: (859) 253-0086
    andersonbarbara16@yahoo.com
    ATTORNEY FOR DEFENDANT,
    SHERYL BRUNER

CERTIFICATE OF SERVICE

      I hereby certify that on January 27, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties of record.

BY: /S/ BARBARA F. ANDERSON<br>
BARBARA F. ANDERSON<br>
ATTORNEY FOR DEFENDANT,<br>
SHERYL BRUNER